# Exhibit 1

**Registration Number**

# VA 2-432-817

**Effective Date of Registration:**
January 03, 2025
**Registration Decision Date:**
February 13, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  January 03, 2024 to April 25, 2024

## Title

| | |
|---|---|
| **Title of Group:** | women's clothing and swimwear 2024B |
| **Number of Photographs in Group:** | 336 |

- **Individual Photographs:** 5123939-1,
  5123939-2,
  5123939-3,
  5123939-4,
  5123939-5,
  5123939-6,
  5123939-7,
  5123939-8,
  5123939-9,
  5123939-10,
  5123939-11,
  5124032-1,
  5124032-2,
  5124032-3,
  5124032-4,
  5124032-5,
  5124032-6,
  5124032-7,
  5124032-8,
  5123396-1,
  5123396-2,
  5123396-3,
  5123396-4,
  5123396-5,
  5123396-6,
  5123396-7,
  5123396-8,
  5123396-9,
  5122908-1,
  5122908-2,
  5122908-3,
  5122908-4,
  5122908-5,

5122908-6,
5122908-7,
5122908-8,
5122908-9,
5123060-1,
5123060-2,
5123060-3,
5123060-4,
5123060-5,
5123060-6,
5123060-7,
5123060-8,
5123060-9,
5123060-10,
5123060-11,
5123060-12,
5123465-1,
5123465-2,
5123465-3,
5123465-4,
5123465-5,
5123465-6,
5123465-7,
5123465-8,
5123306-1,
5123306-2,
5123306-3,
5123306-4,
5123306-5,
5123306-6,
5123306-7,
5123306-8,
5123306-9,
5123811-1,
5123811-2,
5123811-3,
5123811-4,
5123811-5,
5123811-6,
5123811-7,
5123811-8,
5123298-1,
5123298-2,
5123298-3,
5123298-4,
5123298-5,
5123298-6,
5123298-7,
5123298-8,
5123715-1,
5123715-2,
5123715-3,
5123715-4,
5123715-5,
5123715-6,
5123715-7,
5123715-8,
5123111-1,

5123111-2,
5123111-3,
5123111-4,
5123111-5,
5123111-6,
5123111-7,
5123111-8,
5123111-9,
5123111-10,
5123111-11,
5123111-12,
5123533-1,
5123533-2,
5123533-3,
5123533-4,
5123533-5,
5123533-6,
5123533-7,
5123533-8,
5123533-9,
5123001-1,
5123001-2,
5123001-3,
5123001-4,
5123001-5,
5123001-6,
5123001-7,
5123001-8,
5124137-1,
5124137-2,
5124137-3,
5124137-4,
5124137-5,
5124137-6,
5124137-7,
5124137-8,
5124137-9,
5123813-1,
5123813-2,
5123813-3,
5123813-4,
5123813-5,
5123813-6,
5123813-7,
5123813-8,

**Published:** January 2024

- **Individual Photographs:** 5125110-1,
5125110-2,
5125110-3,
5125110-4,
5125110-5,
5125110-6,
5125110-7,
5124271-1,
5124271-2,
5124271-3,
5124271-4,

5124271-5,
5124271-6,
5124271-7,
5123729-1,
5123729-2,
5123729-3,
5123729-4,
5123729-5,
5123729-6,
5123729-7,
5123729-8,
5124418-1,
5124418-2,
5124418-3,
5124418-4,
5124418-5,
5124418-6,
5124418-7,
5123931-1,
5123931-2,
5123931-3,
5123931-4,
5123931-5,
5123931-6,
5123931-7,
5124270-1,
5124270-2,
5124270-3,
5124270-4,
5124270-5,
5124270-6,
5124270-7,

**Published:** February 2024

- **Individual Photographs:** 5124121-1,
5124121-2,
5124121-3,
5124121-4,
5124121-5,
5124121-6,
5124121-7,
5124139-1,
5124139-2,
5124139-3,
5124139-4,
5124139-5,
5124139-6,
5124139-7,
5124147-1,
5124147-2,
5124147-3,
5124147-4,
5124147-5,
5124147-6,
5124147-7,
5124152-1,
5124152-2,
5124152-3,

5124152-4,
5124152-5,
5124152-6,
5124152-7,
5125567-1,
5125567-2,
5125567-3,
5125567-4,
5125567-5,
5125567-6,
5125567-7,
5125567-8,
5124290-1,
5124290-2,
5124290-3,
5124290-4,
5124290-5,
5124290-6,
5124290-7,
5126300-1,
5126300-2,
5126300-3,
5126300-4,
5126300-5,
5126300-6,
5126300-7,
5126300-8,
5125858-1,
5125858-2,
5125858-3,
5125858-4,
5125858-5,
5125858-6,
5125858-7,
5125289-1,
5125289-2,
5125289-3,
5125289-4,
5125289-5,
5125289-6,
5124372-1,
5124372-2,
5124372-3,
5124372-4,
5124372-5,
5124372-6,
5124372-7,
5124273-1,
5124273-2,
5124273-3,
5124273-4,
5124273-5,
5124273-6,
5124273-7,
5125761-1,
5125761-2,
5125761-3,
5125761-4,

|  | 5125761-5, |
|---|---|
|  | 5125761-6, |
|  | 5125761-7 |
| **Published:** | March 2024 |

- **Individual Photographs:** 5127790-1, 5127790-2, 5127790-3, 5127790-4, 5127790-5, 5127790-6, 5127790-7, 5127790-8, 5127790-9, 5127790-10, 5126999-1, 5126999-2, 5126999-3, 5126999-4, 5126999-5, 5126999-6, 5126999-7, 5126999-8, 5126999-9, 5127372-1, 5127372-2, 5127372-3, 5127372-4, 5127372-5, 5127372-6, 5127372-7, 5127372-8, 5127372-9, 5127372-10, 5127372-11, 5127372-12, 5127372-13, 5126304-1, 5126304-2, 5126304-3, 5126304-4, 5126304-5, 5126304-6, 5126304-7, 5127951-1, 5127951-2, 5127951-3, 5127951-4, 5127951-5, 5127951-6, 5127951-7, 5127951-8, 5126998-1, 5126998-2, 5126998-3, 5126998-4, 5126998-5, 5126998-6,

5126998-7,
5126998-8,
5126998-9,
5126998-10,
5126930-1,
5126930-2,
5126930-3,
5126930-4,
5126930-5,
5126930-6,
5126930-7,
5127643-1,
5127643-2,
5127643-3,
5127643-4,
5127643-5,
5127643-6,
5127643-7,
5127643-8,

**Published:** April 2024

## Completion/Publication

**Year of Completion:** 2024
**Earliest Publication Date in Group:** January 03, 2024
**Latest Publication Date in Group:** April 25, 2024
**Nation of First Publication:** United States

## Author

- **Author:** Wumei Lin
  **Author Created:** photographs
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Wumei Lin
Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China, Shenzhen, 518000, China

## Rights and Permissions

**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China
Shenzhen 518000 China

## Certification

        **Name:**   Wumei Lin
         **Date**:   January 03, 2025

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Registration Number**

# VA 2-432-820

**Effective Date of Registration:**
January 03, 2025
**Registration Decision Date:**
February 13, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 04, 2023 to December 29, 2023

## Title

| | |
|---|---|
| **Title of Group:** | women's clothing and swimwear 2023D |
| **Number of Photographs in Group:** | 366 |

- **Individual Photographs:** 5094202-1,
5094202-2,
5094202-3,
5094202-4,
5094202-5,
5094202-6,
5094202-7,
5090729-1,
5090729-2,
5090729-3,
5090729-4,
5090729-5,
5090729-6,
5089956-1,
5089956-2,
5089956-3,
5089956-4,
5089956-5,
5089956-6,
5089956-7

    **Published:** April 2023

- **Individual Photographs:** 5106285-1,
5106285-2,
5106285-3,
5106285-4,
5106285-5,
5106285-6,
5106285-7,
5106285-8,
5106285-9,

    **Published:** July 2023

- **Individual Photographs:** 5112540-1,
  5112540-2,
  5112540-3,
  5112540-4,
  5112540-5,
  5112540-6,
  5112540-7,
  5112540-8,
  5112540-9,
  5109042-1,
  5109042-2,
  5109042-3,
  5109042-4,
  5109042-5,
  5109042-6,
  5109042-7,
  5109042-8,
  5109630-1,
  5109630-2,
  5109630-3,
  5109630-4,
  5109630-5,
  5109630-6,
  5109630-7,
  5109630-8,
  **Published:** August 2023

- **Individual Photographs:** 5109684-1,
  5109684-2,
  5109684-3,
  5109684-4,
  5109684-5,
  5109684-6,
  5109684-7,
  **Published:** September 2023

- **Individual Photographs:** 5116424-1,
  5116424-2,
  5116424-3,
  5116424-4,
  5116424-5,
  5116424-6,
  5116424-7,
  5116424-8,
  5119046-1,
  5119046-2,
  5119046-3,
  5119046-4,
  5119046-5,
  5119046-6,
  5119046-7,
  5119046-8,
  5119046-9,
  5119046-10,
  5118258-1,
  5118258-2,
  5118258-3,
  5118258-4,

5118258-5,
5118258-6,
5118258-7,
5118258-8,
5118258-9,
5118447-1,
5118447-2,
5118447-3,
5118447-4,
5118447-5,
5118447-6,
5118447-7,
5118433-1,
5118433-2,
5118433-3,
5118433-4,
5118433-5,
5118433-6,
5118433-7,
5118433-8,
5117251-1,
5117251-2,
5117251-3,
5117251-4,
5117251-5,
5117251-6,
5117251-7,
5117251-8,
5118993-1,
5118993-2,
5118993-3,
5118993-4,
5118993-5,
5118993-6,
5118993-7,
5118993-8,
5115486-1,
5115486-2,
5115486-3,
5115486-4,
5115486-5,
5115486-6,
5115486-7,
5115486-8,

**Published:** October 2023

- **Individual Photographs:** 5121434-1,
5121434-2,
5121434-3,
5121434-4,
5121434-5,
5121434-6,
5121434-7,
5121434-8,
5121182-1,
5121182-2,
5121182-3,
5121182-4,

5121182-5,
5121182-6,
5121182-7,
5121182-8,
5118961-1,
5118961-2,
5118961-3,
5118961-4,
5118961-5,
5118961-6,
5118961-7,
5118961-8,
5121692-1,
5121692-2,
5121692-3,
5121692-4,
5121692-5,
5121692-6,
5121692-7,
5121692-8,
5121176-1,
5121176-2,
5121176-3,
5121176-4,
5121176-5,
5121176-6,
5121176-7,
5121176-8,
5121176-9,
5121301-1,
5121301-2,
5121301-3,
5121301-4,
5121301-5,
5121301-6,
5121301-7,
5121301-8,
5120328-1,
5120328-2,
5120328-3,
5120328-4,
5120328-5,
5120328-6,
5120328-7,
5120328-8,
5120328-9,
5120315-1,
5120315-2,
5120315-3,
5120315-4,
5120315-5,
5120315-6,
5120315-7,
5120315-8,
5121408-1,
5121408-2,
5121408-3,
5121408-4,

5121408-5,
5121408-6,
5121408-7,
5121408-8,
5121639-1,
5121639-2,
5121639-3,
5121639-4,
5121639-5,
5121639-6,
5121639-7,
5121639-8,
5121450-1,
5121450-2,
5121450-3,
5121450-4,
5121450-5,
5121450-6,
5121450-7,
5121450-8,
5121450-9,
5120389-1,
5120389-2,
5120389-3,
5120389-4,
5120389-5,
5120389-6,
5120389-7,
5121894-1,
5121894-2,
5121894-3,
5121894-4,
5121894-5,
5121894-6,
5121894-7,
5121894-8,
5121894-9,
5121894-10,
5121894-11,
5121894-12,
5121894-13,
5121894-14,
5121180-1,
5121180-2,
5121180-3,
5121180-4,
5121180-5,
5121180-6,
5121180-7,
5118249-1,
5118249-2,
5118249-3,
5118249-4,
5118249-5,
5118249-6,
5118249-7,
5118249-8,
5118249-9,

5118249-10,
5121297-1,
5121297-2,
5121297-3,
5121297-4,
5121297-5,
5121297-6,
5121297-7,
5121297-8,
5117863-1,
5117863-2,
5117863-3,
5117863-4,
5117863-5,
5117863-6,
5117863-7,
5117863-8,

**Published:** November 2023

- **Individual Photographs:** 5122251-1,
5122251-2,
5122251-3,
5122251-4,
5122251-5,
5122251-6,
5122251-7,
5122251-8,
5122251-9,
5122198-1,
5122198-2,
5122198-3,
5122198-4,
5122198-5,
5122198-6,
5122198-7,
5122198-8,
5121691-1,
5121691-2,
5121691-3,
5121691-4,
5121691-5,
5121691-6,
5121691-7,
5121691-8,
5123137-1,
5123137-2,
5123137-3,
5123137-4,
5123137-5,
5123137-6,
5123137-7,
5123137-8,
5123025-1,
5123025-2,
5123025-3,
5123025-4,
5123025-5,
5123025-6,

5123025-7,
5123025-8,
5122391-1,
5122391-2,
5122391-3,
5122391-4,
5122391-5,
5122391-6,
5122391-7,
5122391-8,
5122161-1,
5122161-2,
5122161-3,
5122161-4,
5122161-5,
5122161-6,
5122161-7,
5122161-8,
5122906-1,
5122906-2,
5122906-3,
5122906-4,
5122906-5,
5122906-6,
5122906-7,
5122906-8,
5122906-9,
5122906-10,
5122906-11,
5122906-12,
5122026-1,
5122026-2,
5122026-3,
5122026-4,
5122026-5,
5122026-6,
5122026-7,
5122026-8,
5122026-9,
5123114-1,
5123114-2,
5123114-3,
5123114-4,
5123114-5,
5123114-6,
5123114-7,
5123114-8,
5122393-1,
5122393-2,
5122393-3,
5122393-4,
5122393-5,
5122393-6,
5122393-7,
5122393-8,

**Published:**    December 2023

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** April 04, 2023
**Latest Publication Date in Group:** December 29, 2023
**Nation of First Publication:** United States

## Author

- **Author:** Wumei Lin
  **Author Created:** photographs
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Wumei Lin
Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China, Shenzhen, 518000, China

## Rights and Permissions

**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China
Shenzhen 518000 China

## Certification

**Name:** Wumei Lin
**Date:** January 02, 2025

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Registration Number**

# VA 2-432-828

**Effective Date of Registration:**
January 02, 2025
**Registration Decision Date:**
February 13, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 29, 2023 to December 15, 2023

## Title _____

| | |
|---|---|
| **Title of Group:** | women's clothing 2023C |
| **Number of Photographs in Group:** | 441 |

- **Individual Photographs:** 5089326-1,
5089326-2,
5089326-3,
5089326-4,
5089326-5,
5089326-6,
5089326-7,
5089326-8,
5089326-9,
5089326-10,
  **Published:** March 2023

- **Individual Photographs:** 5092453-1,
5092453-2,
5092453-3,
5092453-4,
5092453-5,
5092453-6,
5092453-7,
  **Published:** April 2023

- **Individual Photographs:** 5098888-1,
5098888-2,
5098888-3,
5098888-4,
5098888-5,
5098888-6,
  **Published:** May 2023

- **Individual Photographs:** 5099787-1,
5099787-2,
5099787-3,
5099787-4,

Page 1 of 10

5099787-5,
5099787-6,
5099787-7,
5101343-1,
5101343-2,
5101343-3,
5101343-4,
5101343-5,
5101343-6,
5101343-7,
5101219-1,
5101219-2,
5101219-3,
5101219-4,
5101219-5,
5101219-6,
5101139-1,
5101139-2,
5101139-3,
5101139-4,
5101139-5,
5101139-6,
5102523-1,
5102523-2,
5102523-3,
5102523-4,
5100104-1,
5100104-2,
5100104-3,
5100104-4,
5100104-5,
5100104-6,
5101346-1,
5101346-2,
5101346-3,
5101346-4,
5101346-5,
5101346-6,
5101346-7,
5101346-8,

**Published:** June 2023

- **Individual Photographs:** 5103110-1,
5103110-2,
5103110-3,
5103110-4,
5103110-5,
5103110-6,
5103110-7,
5103110-8,
5103110-9,
5103110-10,
5103834-1,
5103834-2,
5103834-3,
5103834-4,
5103834-5,
5103834-6,

5103834-7,
5103096-1,
5103096-2,
5103096-3,
5103096-4,
5103096-5,
5103096-6,
5103420-1,
5103420-2,
5103420-3,
5103420-4,
5103420-5,
5103420-6,
5103420-7,
5103420-8,
5103225-1,
5103225-2,
5103225-3,
5103225-4,
5103225-5,
5103225-6,
5103225-7,
5103225-8,
5103410-1,
5103410-2,
5103410-3,
5103410-4,
5103410-5,
5103410-6,
5103410-7,
5105694-1,
5105694-2,
5105694-3,
5105694-4,
5105694-5,
5105694-6,
5105694-7,
5105694-8,
5102778-1,
5102778-2,
5102778-3,
5102778-4,
5102778-5,
5102778-6,
5106395-1,
5106395-2,
5106395-3,
5106395-4,
5106395-5,
5104325-1,
5104325-2,
5104325-3,
5104325-4,
5104325-5,
5104325-6,
5104325-7,
5104325-8,

**Published:** July 2023

- **Individual Photographs:** 5111722-1,
5111722-2,
5111722-3,
5111722-4,
5111722-5,
5111722-6,
5111722-7,
5111722-8,
5111722-9,
5111640-1,
5111640-2,
5111640-3,
5111640-4,
5111640-5,
5111640-6,
5111640-7,
5111640-8,
5112645-1,
5112645-2,
5112645-3,
5112645-4,
5109973-1,
5109973-2,
5109973-3,
5109973-4,
5109973-5,
5109973-6,
5109973-7,
5109973-8,
5111791-1,
5111791-2,
5111791-3,
5111791-4,
5111791-5,
5111791-6,
5111791-7,
5111791-8,
5107214-1,
5107214-2,
5107214-3,
5107214-4,
5107214-5,
5107214-6,
5107214-7,
5107214-8,
5108624-1,
5108624-2,
5108624-3,
5108624-4,
5108624-5,
5108624-6,
5108624-7,
5108624-8,
5108227-1,
5108227-2,
5108227-3,
5108227-4,

|  | 5108227-5,<br>5108227-6,<br>5108227-7,<br>5112464-1,<br>5112464-2,<br>5112464-3,<br>5112464-4,<br>5112464-5,<br>5112464-6,<br>5110348-1,<br>5110348-2,<br>5110348-3,<br>5110348-4,<br>5110348-5,<br>5110348-6,<br>5110348-7, |
|---|---|
| **Published:** | August 2023 |

- **Individual Photographs:** 5113799-1,
  5113799-2,
  5113799-3,
  5113799-4,
  5113799-5,
  5110325-1,
  5110325-2,
  5110325-3,
  5110325-4,
  5110325-5,
  5110325-6,
  5110325-7,
  5110325-8,
  5115057-1,
  5115057-2,
  5115057-3,
  5115057-4,
  5115057-5,
  5115057-6,
  5115057-7,
  5115057-8,
  5115057-9,
  5115292-1,
  5115292-2,
  5115292-3,
  5115292-4,
  5115292-5,
  5115292-6,
  5115292-7,
  5115292-8,
  5067113-1,
  5067113-2,
  5067113-3,
  5067113-4,
  5067113-5,
  5067113-6,
  5067113-7,
  5067113-8,
  5113429-1,
  5113429-2,

5113429-3,
5113429-4,
5113429-5,
5113429-6,
5113429-7,
5113429-8,
5113429-9,
5113429-10,
5113429-11,

**Published:** September 2023

- **Individual Photographs:** 5118438-1,
5118438-2,
5118438-3,
5118438-4,
5118438-5,
5118438-6,
5118438-7,
5118438-8,
5118438-9,
5118438-10,
5118438-11,
5118438-12,
5117554-1,
5117554-2,
5117554-3,
5117554-4,
5117554-5,
5117554-6,
5117554-7,
5117554-8,
5117554-9,
5117554-10,
5117554-11,
5117554-12,
5117554-13,
5117554-14,
5117554-15,
5117554-16,
5117554-17,
5115290-1,
5115290-2,
5115290-3,
5115290-4,
5115290-5,
5115290-6,
5115290-7,
5115290-8,
5115290-9,
5115290-10,
5115290-11,
5115290-12,
5115290-13,
5117889-1,
5117889-2,
5117889-3,
5117889-4,
5117889-5,

5117889-6,
5117889-7,
5117889-8,
5117889-9,
5117229-1,
5117229-2,
5117229-3,
5117229-4,
5117229-5,
5117229-6,
5117229-7,
5117229-8,
5117229-9,
5117229-10,
5118099-1,
5118099-2,
5118099-3,
5118099-4,
5118099-5,
5118099-6,
5118099-7,
5118099-8,
5118099-9,
5118097-1,
5118097-2,
5118097-3,
5118097-4,
5118097-5,
5118097-6,
5118097-7,
5118097-8,
5118097-9,
5115685-1,
5115685-2,
5115685-3,
5115685-4,
5115685-5,
5115685-6,
5115685-7,
5115685-8,
5118943-1,
5118943-2,
5118943-3,
5118943-4,
5118943-5,
5118943-6,
5118943-7,
5118943-8,
5115487-1,
5115487-2,
5115487-3,
5115487-4,
5115487-5,
5115487-6,
5115487-7,

**Published:**   October 2023

- **Individual Photographs:** 5119061-1,
  5119061-2,
  5119061-3,
  5119061-4,
  5119061-5,
  5119061-6,
  5119061-7,
  5119061-8,
  5119061-9,
  5120314-1,
  5120314-2,
  5120314-3,
  5120314-4,
  5120314-5,
  5120314-6,
  5120314-7,
  5120314-8,
  5119159-1,
  5119159-2,
  5119159-3,
  5119159-4,
  5119159-5,
  5119159-6,
  5119159-7,
  5119159-8,
  5119159-9,
  5121678-1,
  5121678-2,
  5121678-3,
  5121678-4,
  5121678-5,
  5121678-6,
  5121678-7,
  5121678-8,
  5121678-9,
  5121678-10,
  5121678-11,
  5121678-12,
  5119419-1,
  5119419-2,
  5119419-3,
  5119419-4,
  5119419-5,
  5119419-6,
  5119419-7,
  5119419-8,
  **Published:** November 2023

- **Individual Photographs:** 5122336-1,
  5122336-2,
  5122336-3,
  5122336-4,
  5122336-5,
  5122336-6,
  5122336-7,
  5122336-8,
  5122336-9,
  5121930-1,

5121930-2,
5121930-3,
5121930-4,
5121930-5,
5121930-6,
5121930-7,
5121930-8,
5121930-9,
5122025-1,
5122025-2,
5122025-3,
5122025-4,
5122025-5,
5122025-6,
5122025-7,
5122025-8,
5122025-9,
5122025-10,
5122025-11,
5122025-12,
5122025-13

**Published:** December 2023

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** March 29, 2023
**Latest Publication Date in Group:** December 15, 2023
**Nation of First Publication:** United States

## Author

- **Author:** Wumei Lin
**Author Created:** photographs
**Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Wumei Lin
Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China, Shenzhen, 518000, China

## Rights and Permissions

**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China

Shenzhen 518000 China

## Certification

**Name:** Wumei Lin
**Date**: January 02, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Registration Number**

# VA 2-432-923

**Effective Date of Registration:**
January 02, 2025
**Registration Decision Date:**
February 14, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 06, 2022 to December 19, 2022

## Title

| | |
|---|---|
| **Title of Group:** | women's clothing and swimwear 2022B |
| **Number of Photographs in Group:** | 261 |

- **Individual Photographs:** 4952810-1,
  4952810-2,
  4952810-3,
  4952810-4,
  4952810-5,
  4952810-6,
  4952810-7,
  4955447-1,
  4955447-2,
  4955447-3,
  4955447-4,
  4955447-5,
  4955447-6,
  4955447-7,
  4955447-8,
  4955447-9,
  4955447-10,
  4955447-11,
  4955447-12,
  4952796-1,
  4952796-2,
  4952796-3,
  4952796-4,
  4952796-5,
  4952796-6,
  4952796-7,

  **Published:** January 2022

- **Individual Photographs:** 4709636-1,
  4709636-2,
  4709636-3,
  4709636-4,
  4709636-5,

|  | 4709636-6, |
| **Published:** | February 2022 |

- **Individual Photographs:** 4871949-1, 4871949-2, 4871949-3, 4871949-4, 4871949-5, 4871949-6, 4871949-7, 4871949-8, 4871949-9, 4964943-1, 4964943-2, 4964943-3, 4964943-4, 4964943-5, 4964943-6, 4964943-7, 4964943-8, 4964943-9,

|  |  |
| **Published:** | March 2022 |

- **Individual Photographs:** 4993145-1, 4993145-2, 4993145-3, 4993145-4, 4993145-5, 4993145-6, 4993145-7, 4993145-8, 4993145-9, 4993145-10, 4993145-11, 4762234-1, 4762234-2, 4762234-3, 4762234-4, 4762234-5, 4762234-6,

|  |  |
| **Published:** | April 2022 |

- **Individual Photographs:** 4964885-1, 4964885-2, 4964885-3, 4964885-4, 4964885-5, 4964885-6, 4964885-7, 4964885-8, 4964885-9, 5051907-1, 5051907-2, 5051907-3, 5051907-4, 5051907-5, 5051907-6, 5051907-7,

|  | | 5051907-8,<br>5022153-1,<br>5022153-2,<br>5022153-3,<br>5022153-4,<br>5022153-5,<br>5022153-6, |
|---|---|---|
| | **Published:** | June 2022 |

- **Individual Photographs:** 4996131-1,
4996131-2,
4996131-3,
4996131-4,
4996131-5,
4996131-6,
4996131-7,
5042767-1,
5042767-2,
5042767-3,
5042767-4,
5042767-5,
5042767-6,
5042767-7,
5042767-8,
5042767-9,
5042767-10,
5042767-11,
5042767-12,
5041034-1,
5041034-2,
5041034-3,
5041034-4,
5041034-5,
5041034-6,
5037462-1,
5037462-2,
5037462-3,
5037462-4,
5037462-5,
5037462-6,
5034890-1,
5034890-2,
5034890-3,
5034890-4,
5034890-5,
5034890-6,
5034890-7,
5034890-8,
5034890-9,
5034890-10,
5034890-11,
5034890-12,
5034890-13,

    **Published:**   July 2022

- **Individual Photographs:** 4843105-1,
4843105-2,
4843105-3,

4843105-4,
4843105-5,
4843105-6,
4843105-7,
4843105-8,
4843105-9,
4843105-10,
4843105-11,
5036981-1,
5036981-2,
5036981-3,
5036981-4,
5036981-5,
5036981-6,
5036981-7,
5037418-1,
5037418-2,
5037418-3,
5037418-4,
5037418-5,
5037418-6,
5037418-7,
5037418-8,
5037418-9,
5037418-10,
5037418-11,
5037418-12,
5037418-13,
5049006-1,
5049006-2,
5049006-3,
5049006-4,
5049006-5,
5049006-6,
5049006-7,
5052602-1,
5052602-2,
5052602-3,
5052602-4,
5052602-5,
5052602-6,
5050498-1,
5050498-2,
5050498-3,
5050498-4,
5050498-5,
5050498-6,
5045698-1,
5045698-2,
5045698-3,
5045698-4,
5045698-5,
5045698-6,
5037090-1,
5037090-2,
5037090-3,
5037090-4,
5037090-5,

5037090-6,
5037090-7,
5038926-1,
5038926-2,
5038926-3,
5038926-4,
5038926-5,
5038926-6,
5038926-7,
5038926-8,
**Published:** August 2022

- **Individual Photographs:** 5048193-1,
5048193-2,
5048193-3,
5048193-4,
5048193-5,
5048193-6,
5048193-7,
5054977-1,
5054977-2,
5054977-3,
5054977-4,
5054977-5,
5054977-6,
5054977-7,
5054977-8,
5057428-1,
5057428-2,
5057428-3,
5057428-4,
5057428-5,
5057428-6,
5057428-7,
5057428-8,
5057428-9,
5049299-1,
5049299-2,
5049299-3,
5049299-4,
5049299-5,
5049299-6
**Published:** September 2022

- **Individual Photographs:** 5063921-1,
5063921-2,
5063921-3,
5063921-4,
5038921-1,
5038921-2,
5038921-3,
5038921-4,
5038921-5,
5038921-6,
**Published:** October 2022

- **Individual Photographs:** 5067477-1,
5067477-2,

|  | 5067477-3, |
|---|---|
|  | 5067477-4, |
|  | 5067477-5, |
|  | 5067477-6, |
|  | 5067477-7, |
|  | 5067477-8, |
|  | 5067477-9, |
| **Published:** | November 2022 |

| • **Individual Photographs:** | 5039999-1, |
|---|---|
|  | 5039999-2, |
|  | 5039999-3, |
|  | 5039999-4, |
|  | 5039999-5, |
|  | 5039999-6, |
|  | 5039999-7, |
| **Published:** | December 2022 |

## Completion/Publication

| **Year of Completion:** | 2022 |
|---|---|
| **Earliest Publication Date in Group:** | January 06, 2022 |
| **Latest Publication Date in Group:** | December 19, 2022 |
| **Nation of First Publication:** | United States |

## Author

| • **Author:** | Wumei Lin |
|---|---|
| **Author Created:** | photographs |
| **Citizen of:** | China |

## Copyright Claimant

| **Copyright Claimant:** | Wumei Lin |
|---|---|
|  | Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China, Shenzhen, 518000, China |

## Rights and Permissions

| **Name:** | Wumei Lin |
|---|---|
| **Email:** | 877217435@qq.com |
| **Telephone:** | +8615989367146 |
| **Address:** | Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China |
|  | Shenzhen 518000 China |

## Certification

| **Name:** | Wumei Lin |
|---|---|

**Date**:   January 02, 2025

---

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Registration Number**

# VA 2-432-924

**Effective Date of Registration:**
December 31, 2024
**Registration Decision Date:**
February 14, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 03, 2020 to December 19, 2020

## Title

**Title of Group:** women's clothing and swimwear 2020B
**Number of Photographs in Group:** 390

- **Individual Photographs:** 4643984-1,
4643984-2,
4643984-3,
4643984-4,
4643984-5,
4643984-6,
4621204-1,
4621204-2,
4621204-3,
4621204-4,
4621204-5,
4621204-6,
4645973-1,
4645973-2,
4645973-3,
4645973-4,
4645973-5,
4645973-6,
4649432-1,
4649432-2,
4649432-3,
4649432-4,
4649432-5,
4649432-6,
4649432-7,
4649432-8,
4650137-1,
4650137-2,
4650137-3,
4650137-4,
4650137-5,
4650137-6,
4650137-7,

Page 1 of 9

4645980-1,
4645980-2,
4645980-3,
4645980-4,
4645980-5,
4645980-6,
4645980-7,
4646681-1,
4646681-2,
4646681-3,
4646681-4,
4646681-5,
4646681-6,
4632967-1,
4632967-2,
4632967-3,
4632967-4,
4632967-5,
4632967-6

**Published:** January 2020

- **Individual Photographs:** 4651767-1,
4651767-2,
4651767-3,
4651767-4,
4651767-5,
4651767-6,
4652343-1,
4652343-2,
4652343-3,
4652343-4,
4652343-5,
4652343-6,
4656448-1,
4656448-2,
4656448-3,
4656448-4,
4656448-5,
4656448-6,
4656448-7,
4656448-8,
4656448-9,
4656448-10,
4656448-11,
4656448-12,
4656448-13,
4656448-14,
4656448-15,
4656448-16,
4656448-17,
4656448-18,
4660176-1,
4660176-2,
4660176-3,
4660176-4,
4660176-5,
4660176-6,
4660176-7,

|  |  | 4660176-8, |
|---|---|---|
|  |  | 4660176-9, |
|  |  | 4660176-10, |
|  |  | 4660176-11, |
|  |  | 4660176-12, |
|  |  | 4660660-1, |
|  |  | 4660660-2, |
|  |  | 4660660-3, |
|  |  | 4660660-4, |
|  |  | 4660660-5, |
|  |  | 4660660-6, |
|  |  | 4661658-1, |
|  |  | 4661658-2, |
|  |  | 4661658-3, |
|  |  | 4661658-4, |
|  |  | 4661658-5, |
|  |  | 4661658-6, |
|  |  | 4661658-7, |
|  |  | 4661658-8, |
|  |  | 4661658-9, |
|  |  | 4661658-10, |
|  | **Published:** | March 2020 |

- **Individual Photographs:** 4648503-1, 4648503-2, 4648503-3, 4648503-4, 4648503-5, 4648503-6, 4666287-1, 4666287-2, 4666287-3, 4666287-4, 4666287-5, 4666287-6, 4666287-7, 4666287-8, 4666287-9, 4666615-1, 4666615-2, 4666615-3, 4666615-4, 4666615-5, 4666615-6, 4666615-7, 4666615-8, 4666615-9, 4666615-10, 4666615-11, 4666615-12, 4669919-1, 4669919-2, 4669919-3, 4669919-4, 4669919-5, 4669919-6, 4671012-1, 4671012-2,

4671012-3,
4671012-4,
4671012-5,
4671012-6,
4646264-1,
4646264-2,
4646264-3,
4646264-4,
4646264-5,
4646264-6,
4636746-1,
4636746-2,
4636746-3,
4636746-4,
4636746-5,
4636746-6,
4642802-1,
4642802-2,
4642802-3,
4642802-4,
4642802-5,
4642802-6,
4642802-7,
4642802-8,
4642802-9,
4642802-10,
4642802-11,
4642802-12,
4677408-1,
4677408-2,
4677408-3,
4677408-4,
4677408-5,
4677408-6,
4677408-7,
4677411-1,
4677411-2,
4677411-3,
4677411-4,
4677411-5,
4677411-6,
4677854-1,
4677854-2,
4677854-3,
4677854-4,
4677854-5,
4677854-6,
4670419-1,
4670419-2,
4670419-3,
4670419-4,
4670419-5,
4670419-6,
4670419-7,
4670419-8,
4670419-9,
4670419-10,
4670419-11,

|  |  |  |
|---|---|---|
| | | 4670419-12, |
| **Published:** | | April 2020 |
| • **Individual Photographs:** | | 4685128-1, 4685128-2, 4685128-3, 4685128-4, 4685128-5, 4685128-6, 4687570-1, 4687570-2, |
| **Published:** | | May 2020 |
| • **Individual Photographs:** | | 4689929-1, 4689929-2, 4689929-3, 4689929-4, 4689929-5, 4689929-6, 4690306-1, 4690306-2, 4690306-3, 4690306-4, 4690306-5, 4690306-6, 4690306-7, 4690306-8, 4690306-9, 4690306-10, 4690306-11, 4690306-12, 4690306-13, 4690306-14, 4690306-15, 4659217-1, 4659217-2, 4659217-3, 4659217-4, 4659217-5, 4659217-6, |
| **Published:** | | June 2020 |
| • **Individual Photographs:** | | 4693933-1, 4693933-2, 4693933-3, 4693933-4, 4693933-5, 4693933-6, 4690466-1, 4690466-2, 4690466-3, 4690466-4, 4690466-5, |
| **Published:** | | July 2020 |
| • **Individual Photographs:** | | 4706576-1, 4706576-2, |

4706576-3,
4706576-4,
4706576-5,
4706576-6,
4701144-1,
4701144-2,
4701144-3,
4701144-4,
4701144-5,
4701144-6,
4701144-7,
4701144-8,
4701144-9,
4701144-10,
4710172-1,
4710172-2,
4710172-3,
4710172-4,
4710172-5,
4710172-6,
4710172-7,
4710172-8,
4710172-9,
4710172-10,
4710172-11,
4710172-12,

**Published:** August 2020

- **Individual Photographs:** 4733823-1,
4733823-2,
4733823-3,
4733823-4,
4733823-5,
4733823-6,
4733823-7,
4733823-8,
4733823-9,
4733823-10,
4733823-11,
4733823-12,
4709638-1,
4709638-2,
4709638-3,
4709638-4,
4709638-5,
4709638-6,
4717523-1,
4717523-2,
4717523-3,
4717523-4,
4717523-5,
4717523-6,
4717523-7,
4692787-1,
4692787-2,
4692787-3,
4692787-4,
4692787-5,

Page 6 of 9

|  |  |  |
|---|---|---|
|  |  | 4692787-6, |
|  | **Published:** | September 2020 |
| • | **Individual Photographs:** | 4740729-1, |
|  |  | 4740729-2, |
|  |  | 4740729-3, |
|  |  | 4740729-4, |
|  |  | 4740729-5, |
|  |  | 4740729-6, |
|  | **Published:** | October 2020 |
| • | **Individual Photographs:** | 4752700-1, |
|  |  | 4752700-2, |
|  |  | 4752700-3, |
|  |  | 4752700-4, |
|  |  | 4752700-5, |
|  |  | 4752700-6, |
|  |  | 4752700-7, |
|  |  | 4752700-8, |
|  |  | 4752700-9, |
|  |  | 4752700-10, |
|  |  | 4752700-11, |
|  |  | 4752700-12, |
|  |  | 4746915-1, |
|  |  | 4746915-2, |
|  |  | 4746915-3, |
|  |  | 4746915-4, |
|  |  | 4746915-5, |
|  |  | 4746915-6, |
|  |  | 4746915-7, |
|  |  | 4746915-8, |
|  |  | 4746668-1, |
|  |  | 4746668-2, |
|  |  | 4746668-3, |
|  |  | 4746668-4, |
|  |  | 4746668-5, |
|  |  | 4746668-6, |
|  |  | 4746668-7, |
|  | **Published:** | November 2020 |
| • | **Individual Photographs:** | 4754909-1, |
|  |  | 4754909-2, |
|  |  | 4754909-3, |
|  |  | 4754909-4, |
|  |  | 4754909-5, |
|  |  | 4754909-6, |
|  |  | 4755995-1, |
|  |  | 4755995-2, |
|  |  | 4755995-3, |
|  |  | 4755995-4, |
|  |  | 4755995-5, |
|  |  | 4755995-6, |
|  |  | 4755995-7, |
|  |  | 4755995-8, |
|  |  | 4755995-9, |
|  |  | 4755995-10, |
|  |  | 4755995-11, |
|  |  | 4755995-12, |

4755995-13,
4755995-14,
4755995-15,
4755995-16,
4755995-17,
4755995-18,
4755995-19,
4755995-20,
4756250-1,
4756250-2,
4756250-3,
4756250-4,
4756250-5,
4756250-6,
4758108-1,
4758108-2,
4758108-3,
4758108-4,
4758108-5,
4758108-6,
4983407-1,
4983407-2,
4983407-3,
4983407-4,
4983407-5,
4983407-6,
4983407-7,
4983407-8,
4983407-9,
4983407-10,

**Published:** December 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** January 03, 2020
**Latest Publication Date in Group:** December 19, 2020
**Nation of First Publication:** United States

## Author

- **Author:** Wumei Lin
**Author Created:** photographs
**Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Wumei Lin
Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City,
Guangdong Province, China, Shenzhen, 518000, China

## Rights and Permissions

**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China
Shenzhen 518000 China

## Certification

**Name:** Wumei Lin
**Date**: December 31, 2024

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Registration Number**

# VA 2-432-926

**Effective Date of Registration:**
December 31, 2024
**Registration Decision Date:**
February 14, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  January 04, 2021 to December 31, 2021

## Title

|  |  |
|---|---|
| **Title of Group:** | women's clothing and swimwear 2021B |
| **Number of Photographs in Group:** | 350 |

- **Individual Photographs:**  4754906-1,
4754906-2,
4754906-3,
4754906-4,
4754906-5,
4754906-6,
4754906-7,
4754906-8,
4754906-9,
4754906-10,
4754906-11,
4754906-12,
4760833-1,
4760833-2,
4760833-3,
4760833-4,
4760833-5,
4760833-6,
4761887-1,
4761887-2,
4761887-3,
4761887-4,
4761887-5,
4761887-6,
4761887-7,
4761887-8,
4761887-9,
4761887-10,
4761887-11,
4761887-12,
4762235-1,
4762235-2,
4762235-3,

4762235-4,
4762235-5,
4762235-6,
4763137-1,
4763137-2,
4763137-3,
4763137-4,
4763137-5,
4763137-6,
4764800-1,
4764800-2,
4764800-3,
4764800-4,
4764800-5,
4764800-6,
4764800-7,
4764800-8,
4764800-9,
4764800-10,
4764800-11,
4764800-12,
4764800-13,
4764800-14,
4765513-1,
4765513-2,
4765513-3,
4765513-4,
4765513-5,
4765513-6,
4763294-1,
4763294-2,
4763294-3,
4763294-4,
4763294-5,
4763294-6,
4763330-1,
4763330-2,
4763330-3,
4763330-4,
4763330-5,
4763330-6,
4764085-1,
4764085-2,
4764085-3,
4764085-4,
4764085-5,
4764085-6,
4764085-7,
4764085-8,
4764085-9,
4764085-10,
4764085-11,
4764085-12,
4764085-13,
4764085-14,
4764085-15,
4764085-16,
4764085-17,

**Published:** 4764085-18, January 2021

- **Individual Photographs:** 4772102-1, 4772102-2, 4772102-3, 4772102-4, 4772102-5, 4772102-6, 4772102-7, 4772102-8, 4772102-9, 4772102-10, 4772102-11, 4772102-12,

**Published:** March 2021

- **Individual Photographs:** 4767144-1, 4767144-2, 4767144-3, 4767144-4, 4767144-5, 4767144-6, 4767144-7, 4767144-8, 4767144-9, 4767144-10, 4767144-11, 4767144-12, 4767144-13, 4767144-14, 4767144-15, 4769242-1, 4769242-2, 4769242-3, 4769242-4, 4769242-5, 4769242-6, 4769242-7, 4769242-8, 4769242-9, 4769242-10, 4772101-1, 4772101-2, 4772101-3, 4772101-4, 4772101-5, 4772101-6, 4772101-7, 4772101-8, 4772101-9, 4772101-10, 4776391-1, 4776391-2, 4776391-3, 4776391-4, 4776391-5,

|  | **Published:** | April 2021 |
|---|---|---|

- **Individual Photographs:** 4808883-1, 4808883-2, 4808883-3, 4808883-4, 4808883-5, 4808883-6, 4808883-7, 4808883-8, 4808883-9, 4808883-10,

|  | **Published:** | May 2021 |
|---|---|---|

- **Individual Photographs:** 4837442-1, 4837442-2, 4837442-3, 4837442-4, 4837442-5, 4837442-6,

|  | **Published:** | June 2021 |
|---|---|---|

- **Individual Photographs:** 4842029-1, 4842029-2, 4842029-3, 4842029-4, 4842029-5, 4842029-6, 4842029-7, 4842029-8, 4842029-9, 4842029-10, 4841085-1, 4841085-2, 4841085-3, 4841085-4, 4841085-5, 4841085-6, 4842194-1, 4842194-2, 4842194-3, 4842194-4, 4842194-5, 4842194-6,

|  | **Published:** | July 2021 |
|---|---|---|

- **Individual Photographs:** 4845614-1, 4845614-2, 4845614-3, 4845614-4, 4845614-5, 4845614-6, 4845614-7, 4845614-8, 4845614-9, 4845614-10,

|  | **Published:** | August 2021 |
|---|---|---|

- **Individual Photographs:** 4844113-1,
  4844113-2,
  4844113-3,
  4844113-4,
  4844113-5,
  4844113-6,
  4844113-7,
  4846563-1,
  4846563-2,
  4846563-3,
  4846563-4,
  4846563-5,
  4846563-6,
  4845802-1,
  4845802-2,
  4845802-3,
  4845802-4,
  4845802-5,
  4845802-6,
  4845802-7,
  4845802-8,
  4845802-9,
  4845802-10,
  4845802-11,
  4845571-1,
  4845571-2,
  4845571-3,
  4845571-4,
  4845571-5,
  4845571-6,
  **Published:** September 2021

- **Individual Photographs:** 4850991-1,
  4850991-2,
  4850991-3,
  4850991-4,
  4850991-5,
  4850991-6,
  4850991-7,
  4850991-8,
  4850991-9,
  4850991-10,
  4850991-11,
  4850991-12,
  4850991-13,
  4845955-1,
  4845955-2,
  4845955-3,
  4845955-4,
  4845955-5,
  4845955-6,
  4845955-7,
  4845955-8
  **Published:** October 2021

- **Individual Photographs:** 4871567-1,
  4871567-2,

4871567-3,
4871567-4,
4871567-5,
4871567-6,
4871603-1,
4871603-2,
4871603-3,
4871603-4,
4855231-1,
4855231-2,
4855231-3,
4855231-4,
4855231-5,
4855231-6,
4855231-7,
4871788-1,
4871788-2,
4871788-3,
4871788-4,
4871788-5,
4871788-6,
4871788-7,
4871788-8,
4871788-9,
4871788-10,
4871788-11,
4871788-12,
4871788-13,
4871788-14,
4871788-15,
4871788-16,
4871788-17,
4871788-18,
4871788-19,
4871788-20,
4871788-21,
4871788-22,

**Published:** November 2021

- **Individual Photographs:** 4949235-1,
4949235-2,
4949235-3,
4949235-4,
4949235-5,
4949235-6,
4950933-1,
4950933-2,
4950933-3,
4950933-4,
4950933-5,
4950933-6,
4950933-7,
4950933-8,
4950933-9,
4950933-10,
4950933-11,
4950933-12,
4950933-13,

4871985-1,
4871985-2,
4871985-3,
4871985-4,
4871985-5,
5039302-1,
5039302-2,
5039302-3,
5039302-4,
5039302-5,
5039302-6,
4915163-1,
4915163-2,
4915163-3,
4915163-4,
4915163-5,
4949717-1,
4949717-2,
4949717-3,
4949717-4,
4949717-5,
4949717-6,
4949717-7,
4949717-8,
4949717-9,
4949717-10,
4949717-11,
4949717-12,
4950445-1,
4950445-2,
4950445-3,
4950445-4,
4950445-5,
4950445-6,
4943990-1,
4943990-2,
4943990-3,
4943990-4,
4949198-1,
4949198-2,
4949198-3,
4949198-4,
4949198-5,
4949198-6,
4949198-7,
4949198-8,
4949198-9,
4949198-10,
4949198-11,

**Published:** December 2021

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 04, 2021 |
| **Latest Publication Date in Group:** | December 31, 2021 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Wumei Lin
  **Author Created:** photographs
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Wumei Lin
Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China, Shenzhen, 518000, China

## Rights and Permissions

**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China
Shenzhen 518000 China

## Certification

**Name:** Wumei Lin
**Date:** December 31, 2024

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.





**Registration Number**

# VA 2-432-929

**Effective Date of Registration:**
December 31, 2024
**Registration Decision Date:**
February 14, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
     **For Photographs Published:**   January 02, 2019 to December 30, 2019

### Title
—————————————————————————————

|  |  |
|---|---|
| **Title of Group:** | women's clothing and swimwear 2019B |
| **Number of Photographs in Group:** | 286 |

- **Individual Photographs:** 2860798-1,
2860798-2,
2860798-3,
2860798-4,
2860798-5,
2860798-6,
2860798-7,
2860798-8,
2968524-1,
2968524-2,
2968524-3,
2968524-4,
2968524-5,
2968524-6,
2987734-1,
2987734-2,
2987734-3,
2987734-4,
2987734-5,
2987734-6,
2987734-7,

     **Published:**   January 2019

- **Individual Photographs:** 4390044-1,
4390044-2,
4390044-3,
4390044-4,
4390044-5,
4390044-6,
4390044-7,
4390044-8,
4390044-9,
4390044-10,

4390044-11,
4390044-12,
4390044-13,
4390044-14,
4390044-15,
4390044-16,
4390044-17,
4390044-18,
4390044-19,
4390044-20,
4390044-21,
4390044-22,
4390044-23,
4390044-24,
4390044-25,
4364634-1,
4364634-2,
4364634-3,
4364634-4,
4364634-5,
4364634-6,
4364634-7,
4364634-8,
4364634-9,
4364634-10,
4364634-11,
4364634-12,
4364634-13,
4364634-14,
4364634-15,
4364634-16,
4364634-17,
4364634-18,
4374428-1,
4374428-2,
4374428-3,
4374428-4,
4374428-5,
4374428-6,
4374428-7,
4374428-8,
4374428-9,
4361978-1,
4361978-2,
4361978-3,
4361978-4,
4361978-5,
4361978-6,
4361978-7,
4361978-8,
4361978-9,
4361978-10,
4361978-11,
4361978-12,
4361978-13

**Published:**   March 2019

- **Individual Photographs:** 4453058-1,
  4453058-2,
  4453058-3,
  4453058-4,
  4453058-5,
  4453058-6,
  4446322-1,
  4446322-2,
  4446322-3,
  4446322-4,
  **Published:** April 2019

- **Individual Photographs:** 4490767-1,
  4490767-2,
  4490767-3,
  4490767-4,
  4490767-5,
  4490767-6,
  4490767-7,
  4490767-8,
  4490767-9,
  4490767-10,
  4490767-11,
  4490767-12,
  4486056-1,
  4486056-2,
  4486056-3,
  4486056-4,
  4486056-5,
  4486056-6,
  4983439-1,
  4983439-2,
  4983439-3,
  4983439-4,
  4983439-5,
  4983439-6,
  4983439-7,
  4983439-8,
  4983439-9,
  4983439-10,
  **Published:** May 2019

- **Individual Photographs:** 4500019-1,
  4500019-2,
  4500019-3,
  4500019-4,
  4500019-5,
  4500019-6,
  4500019-6,
  4500019-6,
  4500019-6,
  4500019-6,
  4500019-6,
  4500019-6,
  4512772-1,
  4512772-2,
  4512772-3,
  4512772-4,

4512772-5,
4512772-6,
4515875-1,
4515875-2,
4515875-3,
4515875-4,
4515875-5,
4515875-6,
4512896-1,
4512896-2,
4512896-3,
4512896-4,
4512896-5,
4512896-6,

**Published:** June 2019

- **Individual Photographs:** 4529059-1,
4529059-2,
4529059-3,
4529059-4,
4529059-5,
4529059-6,
4548677-1,
4548677-2,
4548677-3,
4548677-4,
4548677-5,
4548677-6,
4548677-7,
4548677-8,
4548677-9,
4548677-10,
4548677-11,
4548677-12,
4548677-13,
4548677-14,
4548677-15,
4548677-16,
4548677-17,
4548677-18,
4548677-19,
4548677-20,
4548677-21,
4548677-22,
4548677-23,
4547175-1,
4547175-2,
4547175-3,
4547175-4,

**Published:** July 2019

- **Individual Photographs:** 4568612-1,
4568612-2,
4568612-3,
4568612-4,
4568612-5,
4568612-6,

|  | **Published:** | August 2019 |
|---|---|---|
| • | **Individual Photographs:** | 4579939-1, |
|  |  | 4579939-2, |
|  |  | 4579939-3, |
|  |  | 4579939-4, |
|  |  | 4579939-5, |
|  |  | 4579939-6, |
|  | **Published:** | September 2019 |
| • | **Individual Photographs:** | 4617478-1, |
|  |  | 4617478-2, |
|  |  | 4617478-3, |
|  |  | 4617478-4, |
|  |  | 4617478-5, |
|  |  | 4617478-6, |
|  |  | 4625799-1, |
|  |  | 4625799-2, |
|  |  | 4625799-3, |
|  |  | 4625799-4, |
|  |  | 4625799-5, |
|  |  | 4625799-6, |
|  |  | 4625342-1, |
|  |  | 4625342-2, |
|  |  | 4625342-3, |
|  |  | 4625342-4, |
|  |  | 4625342-5, |
|  |  | 4625342-6, |
|  |  | 4620854-1, |
|  |  | 4620854-2, |
|  |  | 4620854-3, |
|  |  | 4620854-4, |
|  |  | 4620854-5, |
|  |  | 4620854-6, |
|  |  | 4620854-7, |
|  |  | 4620854-8, |
|  |  | 4620854-9, |
|  |  | 4615711-1, |
|  |  | 4615711-2, |
|  |  | 4615711-3, |
|  |  | 4615711-4, |
|  |  | 4615711-5, |
|  |  | 4615711-6, |
|  |  | 4621073-1, |
|  |  | 4621073-2, |
|  |  | 4621073-3, |
|  |  | 4621073-4, |
|  |  | 4621073-5, |
|  |  | 4621073-6, |
|  |  | 4621073-7, |
|  |  | 4609351-1, |
|  |  | 4609351-2, |
|  |  | 4609351-3, |
|  |  | 4609351-4, |
|  |  | 4609351-5, |
|  | **Published:** | November 2019 |

- **Individual Photographs:** 4641973-1,
4641973-2,
4641973-3,
4641973-4,
4641973-5,
4641973-6,
4643077-1,
4643077-2,
4643077-3,
4643077-4,
4643077-5,
4643077-6,
4634809-1,
4634809-2,
4634809-3,
4634809-4,
4634809-5,
4634809-6,
4634809-7,
4634809-8,
4634809-9,
4644779-1,
4644779-2,
4644779-3,
4644779-4,
4644779-5,
4644779-6,
4643682-1,
4643682-2,
4643682-3,
4643682-4,
4643682-5,
4643682-6,
4617679-1,
4617679-2,
4617679-3,
4617679-4,
4617679-5,
4547164-1,
4547164-2,
4547164-3,
4547164-4,

**Published:** December 2019

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Earliest Publication Date in Group:** | January 02, 2019 |
| **Latest Publication Date in Group:** | December 30, 2019 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Wumei Lin
  **Author Created:** photographs
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Wumei Lin
Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China, Shenzhen, 518000, China

## Rights and Permissions

**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China
Shenzhen 518000 China

## Certification

**Name:** Wumei Lin
**Date:** December 31, 2024

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

